**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**PHILLIP J. KENNEDY,**

    **Plaintiff,**

v.                                            Case No.   3:11cv454/MCR/CJK

**JEAN PIERRE SAKEY, et al.,**

    **Defendants.**

_____

## O R D E R

Pending before the court is the Report and Recommendation of the magistrate judge filed on September 30, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B).  The parties have been given an opportunity to file objections, but none have been filed.  Having reviewed the Report and Recommendation and the record, the court concludes that the magistrate judge's Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted, and under 28 U.S.C. § 1915(e)(2)(B)(iii), because it seeks monetary relief against a defendant who is immune from such relief.

3.  The Clerk is directed to close the file.

DONE AND ORDERED this 2nd day of November, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**